Argued February 28, affirmed May 15, 1978

HOLLENBEAK, *Respondent,*

*v.*

WEYERHAEUSER COMPANY, *Appellant.*

(Case No. 77-371 E, No. WCB 75-1658, CA 9359)

578 P2d 505

Ridgway K. Foley, Jr., Portland, argued the cause for appellant. With him on the brief were Souther, Spaulding, Kinsey, Williamson & Schwabe, Ancer L. Haggerty, and Michael D. Hoffman, Portland.

David R. Vandenberg, Klamath Falls, argued the cause and filed the brief for respondent.

Before Schwab, Chief Judge, and Johnson, Gillette and Roberts, Judges.

PER CURIAM.

Affirmed. *See Bowman v. Oregon Transfer Co.,* 33 Or App 421, 576 P2d 27 (1978).